IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v.   ) <br> ) <br> METRO SANDBLASTING & PAINTING, INC. ) <br> a/k/a  Metro Contracting Specialties Inc. ) <br> a/k/a  Metro Sandblasting And Painting Inc. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 07-0268 (RWR) |

### EX-PARTE MOTION FOR SUBSTITUTED SERVICE OF COMPLAINT AND SUMMONS AND FOR ENLARGEMENT OF TIME IN WHICH TO SERVE THE COMPLAINT ON DEFENDANT

Plaintiff, through its counsel, Jennings Sigmond, P.C., respectfully moves for entry of an order authorizing substituted service of the Complaint and Summons pursuant to Fed.R.Civ.Pro 4(h)(1) and (e)(1), and for an enlargement of time in which to serve the complaint on defendant pursuant to Fed.R.Civ.Pro. 4(m). In support of its motion the Plaintiff avers the following:

1. Plaintiff filed its Complaint in this matter on February 5, 2007 and this Court issued the Summons that same day.

2. On or about February 12, 2007, the Complaint and Summons were delivered to Legal Errands, Inc. to be served upon Defendant at its last known address: 56465 Romeo Plank Road, Macomb, MI 48042.

3. As of the date of this Motion, Plaintiff's process server has been unable to serve Defendant at this location.

4. Joe O'Donovan of Legal Errands, Inc. has advised Plaintiff that process servers Sharon Puckett and Gina Sharbowski have been unable to serve Steven G. Svinte, the agent and only officer of Metro Sandblasting & Painting, Inc. a/k/a Metro Contracting Specialties Inc.,

a/k/a Metro Sandblasting And Painting Inc. ("Company" or "Defendant"), as more particularly appears from the Affidavits of Non-Service of Sharon Puckett and Gina Sharbowski, which are attached hereto as Exhibit A.

5. Plaintiff believes that Steven G. Svinte resides at 56465 Romeo Plank Road, Macomb, MI 48042, based on information in an investigative report provided by Advanced Surveillance Group, Inc. ("ASG"). A true and correct copy of the investigative report is attached hereto as Exhibit B.

6. Plaintiff believes that if this Court authorizes service of the Complaint and Summons by the posting of same on the door of the residence of Steven G. Svinte at 56465 Romeo Plank Road, Macomb, MI 48042, along with certified mailing of same, return receipt requested, and first class mailing, in plain white envelopes with no return address to the same address, Steven G. Svinte will receive such notice as is reasonably calculated to give him actual notice of the proceedings.

7. Service of process by posting is authorized pursuant to Federal Rules of Civil Procedure 4(h)(1) and (e)(1), which provide for service in accordance with state law, and Rule 2.105(I) of the Michigan Court Rules. MCR 2.105(I) provides:

> **(I) Discretion of the court.**
>
> (1) On a showing that service of process cannot reasonably be made as provided by this rule, the court may by order permit service of process to be made in any other manner reasonably calculated to give the defendant actual notice of the proceedings and an opportunity to be heard.

8. Plaintiff submits that due to the difficulties serving Defendant, and the evidence showing that Steve G. Svinte resides at 56465 Romeo Plank Road, Macomb, MI 48042, that good cause exists for an enlargement of time in which Plaintiff must serve the Complaint upon the Defendant, and accordingly, respectfully requests an additional sixty (60) days in which to

183379-1

effect service upon Defendant.

    **WHEREFORE,** Plaintiff seeks the following relief:

(a)      Entry of the proposed Order authorizing substituted service of the Complaint and Summons and for enlargement of time in which to serve the Complaint upon defendant attached to this Motion;

(b)      Such other and further relief as the Court deems just, necessary and appropriate.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
ELIZABETH A. COLEMAN*
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0644
Attorneys for the Fund

Date: June 5, 2007

*Application for Pro Hac Admission of Elizabeth A. Coleman shall be made at the appropriate time.

183379-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED <br> TRADES INDUSTRY PENSION FUND <br><br> Plaintiff, <br> v. <br><br> METRO SANDBLASTING & PAINTING, INC. <br> a/k/a Metro Contracting Specialties Inc. <br> a/k/a Metro Sandblasting And Painting Inc. <br><br> Defendant. | CIVIL ACTION NO. <br><br> 07-0268 (RWR) |

ORDER

Upon Plaintiff's Ex-Parte Motion for Substituted Service of Complaint and Summons and For Enlargement of Time in Which to Serve the Complaint on Defendant and due consideration by the Court, it is ORDERED:

(a) The Complaint and Summons may be served upon Steven G. Svinte by firmly affixing a copy of said Order to the residence at 56465 Romeo Plank Road, Macomb, MI 48042, and by forwarding copies of same to said address, certified mail, return receipt requested, and first class mail, in plain white envelopes with no return address; and

(b) The Complaint and Summons shall be served upon Defendant by August 4, 2007.

BY THE COURT:

Date:_____        By:_____
                                Richard W. Roberts,            J.
                                United States District Judge

## Advanced Surveillance Group
40 Macomb Place, Suite 201
Mount Clemens, MI 48043

### AFFIDAVIT OF NON-SERVICE

1:07CV00268

I, Sharon Puckett, the undersigned, after being duly sworn, state the following:

I am more than 18 years of age and competent to serve process

That on 3/24/2007 at 3:40 PM, I did personally attempt to serve a copy of the Summons and Complaint upon Metro Sandblasting & Painting Inc. located at Metro Sandblasting & Painting Inc., 56465 Romeo Plank, Macomb, MI. This is the home address of Metro Sandblasting & Painting Inc.'s registered agent Steven Svinte. This home is set on a large lot. There is a barn near the back of the home. There is a long one track driveway. There were several men working by a barn near the back of the house. When asked if Steve Svinte was home a Hispanic male stated that Steven was not home. I asked the men if they work for Metro Sandblasting & painting. Most of them ignored me, but one man stated that they work for Polo Homes. I tried asking the men when Steven would be home and they continued to ignore me. I knocked on the front door of the residence, there was no answer. I left my card for Steven Svinte to contact me.

That on 3/28/2007 at 2:15 PM, I did personally attempt to serve a copy of the Summons and Complaint upon Metro Sandblasting & Painting Inc. located at Metro Sandblasting & Painting Inc., 56465 Romeo Plank, Macomb, MI. As I drove up the driveway a Caucasian male in a red pick up truck went off the side of the driveway to pass me to get to the street. As the man passed me I asked if he were Steven Svinte and he replied that he was not and sped off. There was no answer at the door. I left my card for Steven Svinte to contact me.

That on 3/29/2007 at 6:35 PM, I did personally attempt to serve a copy of the Summons and Complaint upon Metro Sandblasting & Painting Inc. located at Metro Sandblasting & Painting Inc., 56465 Romeo Plank, Macomb, MI. There was a blue van (license plate ZRH647) parked at the residence, no answer at the door. I left my card for Steven Svonte to contact me.

That on 3/30/2007 at 8:50 PM., I did personally attempt to serve a copy of the Summons and Complaint upon Metro Sandblasting & Painting Inc. located at Metro Sandblasting & Painting Inc., 56465 Romeo Plank, Macomb, MI. There was a blue van (license plate ZRH647) parked at the residence, no answer at the door. I left my card for Steven Svonte to contact me.

That on 4/2/2007 at 8:40 AM, I did personally attempt to serve a copy of the Summons and Complaint upon Metro Sandblasting & Painting Inc. located at Metro Sandblasting & Painting Inc., 56465 Romeo Plank, Macomb, MI. There were no vehicles present at the residence, no answer at the door.

That I make this affidavit from my own personal knowledge.

That I am able to testify competently as to the facts stated herein.

Further Affiant Sayeth Naught.

_____
Sharon Puckett
Process Server

Subscribed and sworn to before me the ___9th___ day of ___April___ 2007.

_____
Notary Public, Macomb County, Michigan
My Commission expires __11/20/2012__

PAUL E DANK
Notary Public, State of Michigan
County of Macomb
My Commission Expires 11-20-2012
Acting in the county of Macomb


EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

International Painters and Allied Trades  
Industry Pension Fund  
    *Plaintiff,*

v.

Metro Sandblasting & Painting, Inc., *et al,*  
    *Defendants,*

Case #: **1:07CV00268**

## Affidavit of Non-Service

Being duly sworn on my oath, I *GINA SHARBOWSKI*, declare that:

1) I am a citizen of the United States, over the age of eighteen and not a party to this action.

2) On 4-20-07 I received an original and copies of the <u>SUMMONS IN A CIVIL CASE; COMPLAINT; NOTICE OF RIGHT FROM THE COURT CLERK; EXHIBITS; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILE ATTORNEY/PARTICIPANT REGISTRATION FORM</u> issued out of the U.S. District Court, District of Columbia in the above named matter, and immediately proceeded to attempt to make service of process.

3) That I have made numerous attempts to serve the Defendant, **METRO SANDBLASTING & PAINTING, INC.,** *et al,* **c/o: Steve Svinte, R/A** at the home address of: *56465 Romeo Plank Rd., Macomb, MI 48042* but have been unable to serve the papers, as the R/A is evading service. My attempts are as follows;

    <u>Fri.   4-20-07 @ 7:50pm</u>  Lights on in house - car - no answer.

    <u>Mon. 4-23-07 @ 7:22am</u>  No Answer at house - several vehicles parked in back of house by the barn/large industrial garage - no answer.

    <u>Wed. 4-25-07 @ 1:17pm</u>  No Answer - several cars/trucks.

    <u>Sat.  4-28-07 @ 3:55pm</u>  No Answer - Car.  
                <u>@ 5:30pm</u>  No Answer at front door - movement inside - I went around to the back door and saw a woman & child in the dining room - woman came to the door and shouted thru the door - she was acting odd and stated that she's never heard of "Metro Sandblasting" and STEVE SVINTE does not live here - she stated that she rents from a guy named George. I left my card/ph.# on the barn behind the house.

<u>Tues.  5-01-07 @ 7:55am</u>   No Answer - Cars/trucks parked in back - my card was gone and no longer taped to the barn door.

<u>Thurs.  5-03-07 @ 4:50pm</u>   No Answer at barn or house.

<u>Sat.   5-05-07 @ 4:28pm</u>   Cars - No Answer.

I was able to locate GEORGE SVINTE, the landlord (who lives in Florida) at: (941) 488-8278 - who stated that Steve *was* living there at the Romeo Plank address, but was unsure if he's currently there - he took my name & ph.# and agreed to try and get it to Steve.  He also stated that he thought Steve and/or the company was going to be filing bankrupcty soon.  I have confirmed with the U.S. BANKRUPTCY COURT that there are no bankruptcy actions pending.  I have also confirmed through the MI Corporation Burea that the company is currently listed at the above address and is an active corporation (print-out attached).  I have left 2 to 3 voice messages on the businesses phone # of: (586) 781-0165, which is also listed on Whitepages.com at the above address (print-out attached).

To date, the defendant's R/A, STEVE SVINTE has not responded to my messages. Alternate Service is requested.

JUN 0 2 2007

Gina Sharbowski
Process Server



Michigan.gov Home     DLEG | Sitemap | Contact | Online Services | Agencies     Search

## CORPORATE ENTITY DETAILS

**Searched for:** METRO SANDBLASTING & PAINTING, INC.

**ID Num:** 442640

Assumed Names

**Entity Name:** METRO SANDBLASTING & PAINTING, INC.
**Type of Entity:** Domestic Profit Corporation
**Resident Agent:** STEVE SVINTE
**Registered Office Address:** 56465 ROMEO PLANK  MACOMB  MI  48042
**Mailing Address:**  MI

**Formed Under Act Number(s):** 284-1972

**Incorporation/Qualification Date:** 1-13-1997
**Jurisdiction of Origin:** MICHIGAN

**Number of Shares:** 60,000

**Year of Most Recent Annual Report:** 04
**Year of Most Recent Annual Report With Officers & Directors:** 01
**Status:** ACTIVE  **Date:** Present

View Document Images

Return to Search Results        New Search

# WhitePages.com™
search. find. connect.

ACCOUNT | SER



PRE-RELEASE SCREENING

| People Search | Business Search | Email Search | Reverse Phone | Reverse Address | Area & ZIP Codes | Tools & Resources |

Reverse Address | Find Neighbors | Batch Address Searches | High Volume Lookups | Integrate Contact Data

< NEW SEARCH                    Sign up right now for Vonage and get 1 month FREE.

Monitor your credit

**1 Result matching "56465 Romeo Plank, Macomb, MI"**
Need More Help With Your Search?

**Metro Sandblasting & Painting Incorporated**
56465 Romeo Plank Rd
Macomb, MI 48042-1016
(586) 781-0165

Power Web Search

Find Neighbors

Save to Address Book or Outlook

Map and Driving Directions

Printer-Friendly

Send Listing to my Email or Cell

Find Nearby Businesses

Type: Land Line
Provider: Ameritech Michigan

*Due to number portability, some numbers have been transferred to a new service provider.*

**View More Records for Metro Sandblasting & Painting Incorporated.**
- Check **Background** Records
- Instant **Criminal** Records Report
- Search **Public Records** Results

**View additional records for Metro Sandblasting & Painting Incorporated.**

Powered by 1.800.US.Search

SPONSORED LINKS

Photos of Singles In Macomb, MI

What is Your Home Worth THIS MONTH?



## Licensed Private Detectives
40 Macomb Place Ste. 201
Mt. Clemens, MI 48043
**888.677.9700**

# CONFIDENTIAL INVESTIGATIVE REPORT

The information contained in this report has been developed through both public and private information sources. Advanced Surveillance Group, Inc. uses its best effort in developing and analyzing all information received. However, all databases and the results obtained from searching same are dependant upon the accuracy of the information from the providing agencies. It is possible that information related to the subject may not be located through our efforts and not included in this report. All information contained in this report should be verified before taking any adverse action against the subject. By acceptance of this report, the requestor agrees to hold Advanced Surveillance Group, Inc. harmless for any inaccuracies contained within or not included in this report.

The information contained in this report was prepared expressly for the requestor, for informational purposes only. This report is privileged and confidential. Dissemination, in whole or in part, is prohibited. The requestor is personally responsible for any damage arising from a violation of the above provisions.

**Do Not Duplicate or Distribute**

Legal Errands, Inc
1313 Race Street
Philadelphia, PA 19107

A.S.G.File #:     07-11-000215
Report Date:     03/20/2007

Attn:     Joe O'Donovan
RE:      **Metro Sandblasting & Painting (Steve Svinte)**

---

**ASSIGNMENT:**     To locate the current residence of Steven Svinte.



EXHIBIT B

## INVESTIGATIVE SUMMARY

Per your request, we conducted a locate investigation on Steve Svinte and Metro Sandblasting and Painting. Through our efforts we were able to verify the subject's current residence as being 51194 Romeo Plank, Macomb, MI 48042.

We located Inge Svinte, Michael Svinte and Ojars Svinte, who were listed as the owners of 56465 Romeo Plank Rd, Macomb, MI 48042. We located all of these individuals as having lived at 175 Grand Oak Circle, Venice, FL 34292. The individuals listed above were also listed as having shared addresses with Steven Svinte in Macomb Twp. and Shelby Twp., MI. We contacted this home in Venice and spoke with Ojars, Steven's father, who stated that he son did reside at 56465 Romeo Planck and that he spoke with him their a few days ago.

We located former employees of Metro Sandblasting and Painting, but we were unable to speak with anyone regarding the subject or the business in question.

We located Holly Livingston-Svinte, who shared several previous addresses with the subject, but we were unable to identify her current residence.

We located Barbara Livingston who was listed as having shared previous addresses with the subject. Telephone contact was made with Barbara Livingston who stated that Holly was her daughter. She would not provide us with any information regarding the subject, but stated that she would give our number to Holly and have her call us.

## PROVIDED INFORMATION

The information listed below was provided to us regarding the subjects of this investigation:

| | |
|---|---|
| Name: | Steve Svinte |
| SSN: | Unknown |
| DOB: | Unknown |
| Prior Addresses: | 45608 Van Dyke Ave., Utica, MI 48317 |
| | 51194 Romeo Plank Rd, Macomb, MI 48042 |
| | 56465 Romeo Plank Rd, Macomb, MI 48042 |

## DATABASE SEARCH

*The following searches, and the results obtained form same, were conducted using a source or sources deemed to be reliable, but the results achieved are subject to the information provided to us and the extent of the information available from the provider. The accuracy of these searches cannot be guaranteed.*

### Name Search

A search was conducted utilizing the provided information on Steve Svinte to determine his current address. The following information was located:

| | |
|---|---|
| Name: | Steven George Svinte |
| SSN: | 381-84-xxxx |
| DOB: | 09-12-1962 |
| Addresses: | 51194 Romeo Plank Rd, Macomb, MI 48042 |
| | 56465 Romeo Plank Rd, Macomb, MI 48042 |
| | 45608 Van Dyke Ave., Utica, MI 48317 |
| | 54667 Gemini Dr., Shelby Twp., MI 48316 |

The address on Gemini in Shelby Twp., was listed for several individuals with the last name of Svinte, but none of these individuals were listed as recent at that address.

## Relative Search

Based on the previous addresses of the subject we conducted searches to locate any of the subject's relatives that may have been able to assist us in his location. The following information was obtained:

| | |
|---|---|
| Name: | Holly Livingston Svinte |
| Address: | 56465 Romeo Plank Rd, Macomb, MI 48042 |
| Phone: | Unknown |

| | |
|---|---|
| Name: | Inge Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

| | |
|---|---|
| Name: | Ojars Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

| | |
|---|---|
| Name: | Michael Svinte |
| Address: | 5 Shelter Cove Rd., Sherman, CT 06784 |
| Phone: | 860-355-3639 |

| | |
|---|---|
| Name: | Barbara Jean Livingston |
| Address: | 4468 Firethorn Ct. #20, Warren, MI 48092 |
| Phone: | 586-574-2682 |

## Business Associate Search

A search was conducted to locate anyone who was associated with Metro Sandblasting and Painting in Macomb, MI. The following individuals were listed as being associated with this business.

| | |
|---|---|
| Name: | Pamela Edwards |
| Address: | 806 Quincy St. Apt. 2, Hancock, MI 49930 |
| Phone: | 906-482-0913 |

| | |
|---|---|
| Name: | Bruce Dressel |
| Address: | 23118 Joy Rd., St. Clair Shores, MI 48082 |
| Phone: | 586-293-1702 |

| | |
|---|---|
| Name: | Holly Livingston Svinte |
| Address: | 56465 Romeo Plank Rd, Macomb, MI 48042 |
| Phone: | Unknown |

| | |
|---|---|
| Name: | Inge Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

| | |
|---|---|
| Name: | Ojars Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

## Telephone Research

A search was conducted for any working telephone numbers for the subject or his relatives, but no working telephone numbers were located other than what is listed above.

*Note: The information shown above in the DATABASE SEARCHES section was provided by a source believed to be reliable but, its accuracy cannot be guaranteed. The accuracy and detail of the information provided to the source directly determines the accuracy of the results obtained. Any discrepancies in this information may not be a direct attempt at fraud, but merely typographical errors on the part of the agency providing the information.*

## PUBLIC INFORMATION

### Macomb Twp., MI Tax Assessor

A search was conducted with the above listed department to determine the ownership of the building located at 56465 Romeo Plank Rd, Macomb, MI 48042. We determined that this address was owned by Ojars, Michael and Inge Svinte and that the tax bill was mailed to 175 Grand Oak Circle, Venice, FL 34292.

### Sarasota County, FL Property Assessor

A search was conducted with the above listed department to determine the ownership of the home located at 175 Grand Oak Circle, Venice, FL 34292. We determined that Ojars, Michael and Inge Svinte were the owners of this address and that the tax bill was mailed to Michael Svinte at 5 Shelter Cove Rd., Sherman, CT 06784. We also learned that the home in Venice, FL had a state equalized value of $439,100.

## TELEPHONE CONTACTS

Several telephone contacts were made to verify the current residence of Steve Svinte. Listed below are these calls:

### 175 Grand Oak Circle, Venice, FL 34292
### 941-488-8278

We spoke to a male who identified himself as Ojars, Steven's father, at this address. He stated Steven did not live in Florida but at 51194 Romeo Plank, Macomb, MI 48042. Ojars further stated he just spoken to Steven a couple of days ago at that address. He was unable to provide specific times when he may be at the residence but reiterated he does live there.

**Bruce Dressel**

**23118 Joy Rd., St. Clair Shores, MI 48082**

586-293-1702

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Pamela Edwards**

**806 Quincy St. Apt. 2, Hancock, MI 49930**

906-482-0913

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Michael Svinte**

**5 Shelter Cove Rd., Sherman, CT 06784**

860-355-3639

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Barbara Jean Livingston**

**4468 Firethorn Ct. #20, Warren, MI 48092**

586-574-2682

Telephone contact was made with the above listed address regarding the subject at which time we spoke to a female who stated that Holly was her daughter and that she would not provide us with any information regarding Steven or Holly. She took our telephone number and stated that she would give it Holly to call us.

This concludes this report.

Advanced Surveillance Group