UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| INT'L PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND,  Plaintiff,  v.  METRO SANDBLASTING & PAINTING, INC.,  Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 07-268 (RWR) |

### EX PARTE ORDER

Plaintiff has asked for an order authorizing substituted service based in part upon an investigative report purporting to reflect evidence of the defendant's current address. However, the report contains conflicting entries concerning what the current address is. The first paragraph of page 2 and the last paragraph of page 6 of the report claim the residence number is 51194. The second paragraph of page 2 of the report, and plaintiff's motion, claim the residence number is 56465. Accordingly, it is hereby

ORDERED that plaintiff file ex parte a clarifying supplement to his motion by August 1, 2007.

SIGNED this 24th day of July, 2007.

/s/
_____
RICHARD W. ROBERTS
United States District Judge