IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br>v.<br><br>METRO SANDBLASTING & PAINTING, INC.<br>  a/k/a  Metro Contracting Specialties Inc.<br>  a/k/a  Metro Sandblasting And Painting Inc.<br><br>Defendant. | CIVIL ACTION NO.<br><br>07-0268 (RWR) |

**EX-PARTE CLARIFYING SUPPLEMENT TO MOTION FOR SUBSTITUTED SERVICE OF COMPLAINT AND SUMMONS AND FOR ENLARGEMENT OF TIME IN WHICH TO SERVE THE COMPLAINT ON DEFENDANT**

Plaintiff, through its counsel, Jennings Sigmond, P.C., responds to this Court's Ex Parte Order for an ex parte clarifying supplement to Plaintiff's Motion for Substituted Service as follows:

1. The 56465 Romeo Plank Road, Macomb, MI 48042 address is the correct residential address for Steven G. Svinte.

2. The 51194 Romeo Plank Road address is for a UPS store which offers post office boxes. Attached as Exhibit A is a print out from www.theupsstore.com showing that 51194 Romeo Plank Road is the address for a UPS Store.

3. According to the Advanced Surveillance Group, Inc. which prepared the investigative report, the two conflicting entries located in the first paragraph of page 2 and the last paragraph of page 6 were due to a clerical error. Those entries should have stated 56465 instead of 51194.

4. A revised investigative report which includes the corrected entries showing the residence number of 56465 is attached as Exhibit B.

**WHEREFORE,** Plaintiff seeks the following relief:

(a) Entry of the proposed Order authorizing substituted service of the Complaint and Summons and for enlargement of time in which to serve the Complaint upon defendant attached to this Motion;

(b) Such other and further relief as the Court deems just, necessary and appropriate.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL
Bar No. 478737
ELIZABETH A. COLEMAN*
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611/0644
Attorneys for the Fund

Date: July 27, 2007

*Application for Pro Hac Admission of Elizabeth A. Coleman shall be made at the appropriate time.

186118-1

Site Guide | Search:

**The UPS Store**

Home | About The UPS Store | Customer Service

Locations | Calculate Cost | Tracking | Products & Services | Franchise Opportunities

**Locations**

→ The UPS Store

**Locations**

View Location Detail

**Location:**
51194 ROMEO PLANK RD
MACOMB, MI 48042

**Phone:** (586) 677-2385
**Fax:** (586) 677-2395
→ E-mail The UPS Store #4270

**Additional Information:** NORTHEAST CORNER OF ROMEO PLANK RD & 23 MILE

**Regular Hours of Operation:**
Monday       9:00am-7:30pm
Tuesday      9:00am-7:30pm
Wednesday    9:00am-7:30pm
Thursday     9:00am-7:30pm
Friday       9:00am-7:30pm
Saturday     10:00am-4:00pm

---

**Products & Services**

**Mailing and Shipping Services**
Mail Box Services (24-Hour Access*)
Mail Forwarding
Stamps & Metered Mail
Certified Mail/Return Receipt
Overnight Document & Package Delivery
Ground/Air UPS Shipping and Receiving
TotalShipping™ (Freight Shipping)
UPS
USPS
International Shipping

**Packing and Moving Services**
Packing and Moving Boxes
Custom Crating

* 24-hour access available at most locations

**Copy and Print Services**
Full Service Black & White Copies
Self Service Black & White Copies
Color Copies
Printing Services: Business Cards, Envelopes and Letterheads
Binding
Laminating
Collating
Full Range of Finishing Services
Padding
Commercial Accounts Available

**Communication and Business Services**
Fax Services, Send and Receive

**Additional Produ[cts] and Services**
Notary Services
Passport Photos
Office Products an[d] Supplies
Rubber Stamps

**EXHIBIT A**

MBE is a UPS® company. The UPS Store® locations are independently owned and operated by franchisees of Mail Bo[xes Etc., Inc. in the U]



## Licensed Private Detectives
40 Macomb Place Ste. 201
Mt. Clemens, MI 48043
**888.677.9700**

# CONFIDENTIAL INVESTIGATIVE REPORT

The information contained in this report has been developed through both public and private information sources. Advanced Surveillance Group, Inc. uses its best effort in developing and analyzing all information received. However, all databases and the results obtained from searching same are dependant upon the accuracy of the information from the providing agencies. It is possible that information related to the subject may not be located through our efforts and not included in this report. All information contained in this report should be verified before taking any adverse action against the subject. By acceptance of this report, the requestor agrees to hold Advanced Surveillance Group, Inc. harmless for any inaccuracies contained within or not included in this report.

The information contained in this report was prepared expressly for the requestor, for informational purposes only. This report is privileged and confidential. Dissemination, in whole or in part, is prohibited. The requestor is personally responsible for any damage arising from a violation of the above provisions.

**Do Not Duplicate or Distribute**

| | | |
|---|---|---|
| Legal Errands, Inc | A.S.G.File #: | 07-11-000215 |
| 1313 Race Street | Report Date: | 03/20/2007 |
| Philadelphia, PA 19107 | | |

Attn:   Joe O'Donovan
RE:   **Metro Sandblasting & Painting (Steve Svinte)**

---

**ASSIGNMENT:**          To locate the current residence of Steven Svinte.


EXHIBIT B

## INVESTIGATIVE SUMMARY

Per your request, we conducted a locate investigation on Steve Svinte and Metro Sandblasting and Painting. Through our efforts we were able to verify the subject's current residence as being 56465 Romeo Plank, Macomb, MI 48042.

We located Inge Svinte, Michael Svinte and Ojars Svinte, who were listed as the owners of 56465 Romeo Plank Rd, Macomb, MI 48042. We located all of these individuals as having lived at 175 Grand Oak Circle, Venice, FL 34292. The individuals listed above were also listed as having shared addresses with Steven Svinte in Macomb Twp. and Shelby Twp., MI. We contacted this home in Venice and spoke with Ojars, Steven's father, who stated that he son did reside at 56465 Romeo Plank and that he spoke with him their a few days ago.

We located former employees of Metro Sandblasting and Painting, but we were unable to speak with anyone regarding the subject or the business in question.

We located Holly Livingston-Svinte, who shared several previous addresses with the subject, but we were unable to identify her current residence.

We located Barbara Livingston who was listed as having shared previous addresses with the subject. Telephone contact was made with Barbara Livingston who stated that Holly was her daughter. She would not provide us with any information regarding the subject, but stated that she would give our number to Holly and have her call us.

## PROVIDED INFORMATION

The information listed below was provided to us regarding the subjects of this investigation:

Name:            Steve Svinte
SSN:             Unknown
DOB:             Unknown
Prior Addresses: 45608 Van Dyke Ave., Utica, MI 48317
                 51194 Romeo Plank Rd, Macomb, MI 48042
                 56465 Romeo Plank Rd, Macomb, MI 48042

## DATABASE SEARCH

*The following searches, and the results obtained form same, were conducted using a source or sources deemed to be reliable, but the results achieved are subject to the information provided to us and the extent of the information available from the provider. The accuracy of these searches cannot be guaranteed.*

### Name Search

A search was conducted utilizing the provided information on Steve Svinte to determine his current address. The following information was located:

Name:       Steven George Svinte
SSN:        381-84-xxxx
DOB:        09-12-1962
Addresses:  51194 Romeo Plank Rd, Macomb, MI 48042
            56465 Romeo Plank Rd, Macomb, MI 48042
            45608 Van Dyke Ave., Utica, MI 48317
            54667 Gemini Dr., Shelby Twp., MI 48316

The address on Gemini in Shelby Twp., was listed for several individuals with the last name of Svinte, but none of these individuals were listed as recent at that address.

**Relative Search**

Based on the previous addresses of the subject we conducted searches to locate any of the subject's relatives that may have been able to assist us in his location. The following information was obtained:

| | |
|---|---|
| Name: | Holly Livingston Svinte |
| Address: | 56465 Romeo Plank Rd, Macomb, MI 48042 |
| Phone: | Unknown |

| | |
|---|---|
| Name: | Inge Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

| | |
|---|---|
| Name: | Ojars Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

| | |
|---|---|
| Name: | Michael Svinte |
| Address: | 5 Shelter Cove Rd., Sherman, CT 06784 |
| Phone: | 860-355-3639 |

| | |
|---|---|
| Name: | Barbara Jean Livingston |
| Address: | 4468 Firethorn Ct. #20, Warren, MI 48092 |
| Phone: | 586-574-2682 |

**Business Associate Search**

A search was conducted to locate anyone who was associated with Metro Sandblasting and Painting in Macomb, MI. The following individuals were listed as being associated with this business.

| | |
|---|---|
| Name: | Pamela Edwards |
| Address: | 806 Quincy St. Apt. 2, Hancock, MI 49930 |
| Phone: | 906-482-0913 |
| | |
| Name: | Bruce Dressel |
| Address: | 23118 Joy Rd., St. Clair Shores, MI 48082 |
| Phone: | 586-293-1702 |
| | |
| Name: | Holly Livingston Svinte |
| Address: | 56465 Romeo Plank Rd, Macomb, MI 48042 |
| Phone: | Unknown |
| | |
| Name: | Inge Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |
| | |
| Name: | Ojars Svinte |
| Address: | 175 Grand Oak Circle, Venice, FL 34292 |
| Phone: | 941-488-8278 |

**Telephone Research**

A search was conducted for any working telephone numbers for the subject or his relatives, but no working telephone numbers were located other than what is listed above.

*Note: The information shown above in the DATABASE SEARCHES section was provided by a source believed to be reliable but, its accuracy cannot be guaranteed. The accuracy and detail of the information provided to the source directly determines the accuracy of the results obtained. Any discrepancies in this information may not be a direct attempt at fraud, but merely typographical errors on the part of the agency providing the information.*

## PUBLIC INFORMATION

### Macomb Twp., MI Tax Assessor

A search was conducted with the above listed department to determine the ownership of the building located at 56465 Romeo Plank Rd, Macomb, MI 48042. We determined that this address was owned by Ojars, Michael and Inge Svinte and that the tax bill was mailed to 175 Grand Oak Circle, Venice, FL 34292.

### Sarasota County, FL Property Assessor

A search was conducted with the above listed department to determine the ownership of the home located at 175 Grand Oak Circle, Venice, FL 34292. We determined that Ojars, Michael and Inge Svinte were the owners of this address and that the tax bill was mailed to Michael Svinte at 5 Shelter Cove Rd., Sherman, CT 06784. We also learned that the home in Venice, FL had a state equalized value of $439,100.

## TELEPHONE CONTACTS

Several telephone contacts were made to verify the current residence of Steve Svinte. Listed below are these calls:

### 175 Grand Oak Circle, Venice, FL 34292
### 941-488-8278

We spoke to a male who identified himself as Ojars, Steven's father, at this address. He stated Steven did not live in Florida but at 56465 Romeo Plank, Macomb, MI 48042. Ojars further stated he just spoken to Steven a couple of days ago at that address. He was unable to provide specific times when he may be at the residence but reiterated he does live there.

**Bruce Dressel**

**23118 Joy Rd., St. Clair Shores, MI 48082**

586-293-1702

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Pamela Edwards**

**806 Quincy St. Apt. 2, Hancock, MI 49930**

906-482-0913

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Michael Svinte**

**5 Shelter Cove Rd., Sherman, CT 06784**

860-355-3639

Several telephone calls were made to the above listed address, but we were unable to speak with anyone regarding the subject or the business in question.

**Barbara Jean Livingston**

**4468 Firethorn Ct. #20, Warren, MI 48092**

586-574-2682

Telephone contact was made with the above listed address regarding the subject at which time we spoke to a female who stated that Holly was her daughter and that she would not provide us with any information regarding Steven or Holly. She took our telephone number and stated that she would give it Holly to call us.

This concludes this report.

Advanced Surveillance Group