IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-0268 (RWR) |
| METRO SANDBLASTING & PAINTING, INC. a/k/a  Metro Contracting Specialties Inc. a/k/a  Metro Sandblasting And Painting Inc. | ) ) ) ) | |
| Defendant. | ) | |

ORDER

Upon Plaintiff's Ex-Parte Motion for Substituted Service of Complaint and Summons and For Enlargement of Time in Which to Serve the Complaint on Defendant and due consideration by the Court, it is ORDERED:

(a)  The Complaint and Summons may be served upon Steven G. Svinte by firmly affixing a copy of said Order to the residence at 56465 Romeo Plank Road, Macomb, MI  48042, and by forwarding copies of same to said address, certified mail, return receipt requested, and first class mail, in plain white envelopes with no return address; and

(b)  The Complaint and Summons shall be served upon Defendant by ~~August 4~~, November 5, 2007.

BY THE COURT:

Date: 9/18/07

By: /s/ Richard W. Roberts
Richard W. Roberts,        J.
United States District Judge