AO 440 (: v. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

METRO SANDBLASTING & PAINTING, INC.
   a/k/a Metro Contracting Specialties Inc.
   a/k/a Metro Sandblasting And Painting Inc.

CASE NUMBER  1:07CV00268

JUDGE: Richard W. Roberts

CA

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 02/  /2007

TO: (Name and address of Defendant)

METRO SANDBLASTING & PAINTING, INC.
~~56465 Romeo Plank Road~~
Macomb, MI 48042

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within [twenty (20)] days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

FEB - 5 2007

CLERK

DATE

_(By) DEPUTY CLERK_

# IN THE UNITED STATES DISTRICT COURT
## District of Columbia

International Painters and Allied
Trades Industry Pension Fund, et al,

      *Plaintiff,*

v.

METRO SANDBLASTING & PAINTING, INC., *et al,*

      *Defendants,*

Case No.:  **07-0268 (RWR)**

---

### Affidavit of Service

Being duly sworn on my oath, I  *GINA SHARBOWSKI*  declare that I am a citizen of the United States, over the age of eighteen and not a party to this action, I received this process on 10-18-07, and that I personally served a copy of the following:  ORDER - DATED 9-18-07 (REGARDING SUBSTITUTED SERVICE); SUMMONS; COMPLAINT; NOTICE OF RIGHT FROM THE COURT CLERK; EXHIBITS; INITIAL ELECTRONIC CASE FILING ORDER; ELECTRONIC CASE FILE- ATTORNEY/PARTICIPANT REGISTRATION FORM  in regards to the above named case, pursuant to the *Substituted Service Order* upon:

## *STEVEN G. SVINTE*
## *METRO SANDBLASTING & PAINTING, INC., et al,*

(*By taping the documents to the front door*) as follows:
*Complete Address of Service*

*Day, Date, Time*

__56465 Romeo Plank Rd.__    Mon. OCT 2 2 2007  @ 8:03pm

__Macomb, Michigan  48042__

*On OCT 2 2 2007  I then mailed 2 Additional sets of the papers listed above via *CERTIFIED MAIL - RETURN RECEIPT REQUESTED* and *FIRST CLASS MAIL*, as specified in the Substituted Service ORDER. Attached is a copy of the receipt from the U.S. Postal Service.

                           Gina Sharbowski
                           Process Server

Subscribed and sworn to before me, a Notary Public, on OCT 2 4 2007

MELVA PHIPPS
NOTARY PUBLIC, STATE OF MI
COUNTY OF OAKLAND
MY COMMISSION EXPIRES Mar 25, 2013
ACTING IN COUNTY OF Oakland