IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-0268 (RWR) |
| METRO SANDBLASTING & PAINTING, INC.  a/k/a  Metro Contracting Specialties Inc.  a/k/a  Metro Sandblasting And Painting Inc. | ) ) ) ) | |
| Defendant. | ) | |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Sanford G. Rosenthal, Esquire as counsel for Plaintiff in the above-captioned matter.

                                    Respectfully submitted,

                                    JENNINGS SIGMOND, P.C.

                        BY:   s/Sanford G. Rosenthal
                              SANFORD G. ROSENTHAL
                              Bar No. 478737
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street
                              Philadelphia, PA  19106-3683
                              (215) 351-0611

Date: November 19, 2007

190501-1

## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance of Sanford G. Rosenthal, Esquire to be served via first class mail, postage prepaid on the date and to the addresses below:

Metro Sandblasting & Painting, Inc.
a/k/a Metro Contracting & Painting, Inc.
a/k/a Metro Sandblasting And Painting Inc.
56465 Romeo Plank Road
Macomb, MI 48042

s/ Sanford G. Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE

Date: November 19, 2007

190501-1