## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
                                      )
                Plaintiff, )          CIVIL ACTION NO.
    v. )
                                          )          07-0268 (RWR)
METRO SANDBLASTING & PAINTING, INC. )
    a/k/a Metro Contracting Specialties Inc. )
    a/k/a Metro Sandblasting And Painting Inc. )
                                        )
               Defendant. )

## ENTRY OF APPEARANCE

      Kindly enter the appearance of Kent Cprek, Esquire, as counsel for the Plaintiff in the above-captioned matter.

                                 Respectfully submitted,

                                 JENNINGS SIGMOND, P.C.

                        BY:   s/ Kent G. Cprek
                              KENT G. CPREK
                              Bar No. 478231
                              The Penn Mutual Towers, 16th Floor
                              510 Walnut Street
                              Philadelphia, PA 19106-3683
                              (215) 351-0615

Date: November 19, 2007

## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire state under penalty of perjury that I caused a copy of the foregoing

Entry of Appearance of Kent Cprek, Esquire to be served via first class mail, postage prepaid on

the date and to the addresses below:

Metro Sandblasting & Painting, Inc.
a/k/a Metro Contracting & Painting, Inc.
a/k/a Metro Sandblasting And Painting Inc.
56465 Romeo Plank Road
Macomb, MI  48042

s/ Kent Cprek
KENT CPREK, ESQUIRE

Date:  November 19, 2007

190501-1