IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 07-0268 (RWR) |
| METRO SANDBLASTING & PAINTING, INC. a/k/a Metro Contracting Specialties Inc. a/k/a Metro Sandblasting And Painting Inc. | ) ) ) ) | |
| Defendant. | ) | |

## REQUEST TO CLERK TO ENTER DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on Defendant, Metro Sandblasting & Painting, Inc. a/k/a Metro Contracting Specialties Inc. a/k/a Metro Sandblasting And Painting Inc., for failure to plead or otherwise defend in accordance with the Federal Rules of Civil Procedure and as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Kent G. Cprek.

Respectfully submitted,

JENNINGS SIGMOND, P.C.
 /s/ Kent G. Cprek
KENT G. CPREK
Bar No. 478231
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0660
Attorneys for the Fund

Date: November 19, 2007

OF COUNSEL:
ELIZABETH A. COLEMAN
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644
190497-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> METRO SANDBLASTING & PAINTING, INC. ) <br>    a/k/a  Metro Contracting Specialties Inc. ) <br>    a/k/a  Metro Sandblasting And Painting Inc. ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. <br><br> 07-0268 (RWR) |

### DECLARATION OF KENT CPREK FOR ENTRY OF DEFAULT

Kent Cprek, Esquire, declares and states the following:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action was served on the Defendant, Metro Sandblasting & Painting, Inc. a/k/a Metro Contracting Specialties Inc. a/k/a Metro Sandblasting And Painting Inc. ("Company") by Gina Sharbowski, Process Server, who served Steven G. Svinte, the owner, on October 22, 2007, in accordance with the September 18, 2007 Order authorizing substituted service. The Return of Service has been duly docketed with the Court.

3. The time in which the Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

190497-1

      5.      The Defendant is not an infant or incompetent person and, as a corporation, Company, is not in the military service.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.
>
> BY:/s/ Kent G. Cprek
> KENT G. CPREK, ESQUIRE

Date: November 19, 2007

190497-1

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. Pro. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

Metro Sandblasting & Painting, Inc.<br>
a/k/a Metro Contracting & Painting, Inc.<br>
a/k/a Metro Sandblasting And Painting Inc.<br>
56465 Romeo Plank Road<br>
Macomb, MI 48042

Date: November 19, 2007          BY:/s/ Kent G. Cprek
                                    KENT G. CPREK, ESQUIRE

190497-1