UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
INT'L PAINTERS & ALLIED       )
TRADES INDUS. PENSION FUND,   )
                              )
        Plaintiff,            )
                              )
    v.                        )   Civil Action No. 07-268 (RWR)
                              )
METRO SANDBLASTING &          )
PAINTING, INC.,               )
                              )
        Defendant.            )
_____)
```

### ORDER TO SHOW CAUSE

On November 20, 2007, the Clerk of the Court entered default against the defendant. Since this entry of default, the plaintiff has failed to seek a default judgment. Accordingly, it is hereby

**ORDERED** that plaintiff shall show cause in writing by January 17, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by filing a motion for default judgment with a proposed final default judgment, a copy of which must be served on defendant.

SIGNED this 4th day of January, 2008.

```
                       _____/s/_____
                       RICHARD W. ROBERTS
                       United States District Judge
```