```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**INT'L PAINTERS & ALLIED**         )
**TRADES INDUS. PENSION FUND,**     )
                                    )
       **Plaintiff,**         )
                                    )
       **v.**                 )   Civil Action No. 07-268 (RWR)
                                    )
**METRO SANDBLASTING &**            )
**PAINTING, INC.,**                 )
                                    )
       **Defendant.**         )
_____)

### ORDER TO SHOW CAUSE

On November 20, 2007, default was entered against the defendant, and the plaintiff has now moved for default judgment. Accordingly, it is hereby

**ORDERED** that the defendant show cause in writing by February 7, 2008 why default judgment should not be entered against it. Failure to timely comply may result in default judgment being entered against the defendant.

SIGNED this 28th day of January, 2008.

                                            _____/s/_____
                                            RICHARD W. ROBERTS
                                            United States District Judge